IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LEODIS RANDLE,**
**REF. #25064-009**                                                                                          **PLAINTIFF**

**v.**                       **Case No. 2:14-cv-00080-KGB-HDY**

**C.V. RIVIERA,** *et al.*                                                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 65).  No objections have been filed, and the time to file objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Leodis Randle's motions for a temporary restraining order are denied (Dkt. Nos. 1, 10).

SO ORDERED this 13th day of January, 2015.

_____
Kristine G. Baker
United States District Judge