IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LEODIS RANDLE,                                                                                    PLAINTIFF
REF. #25064-009

v.                                          No. 2:14CV00080-JLH-HDY

C.V. RIVIERA, *et al*.                                                                        DEFENDANTS

## ORDER

On January 20, 2015, United States Magistrate Judge H. David Young entered proposed findings and recommended disposition in which he recommended that the defendants' motion for summary judgment (Document #54) be granted and plaintiff's complaint be dismissed with prejudice. He also recommended that the Court certify that an *in forma pauperis* appeal would be considered frivolous and not in good faith. No objections have been filed. The proposed findings and recommended disposition are hereby adopted as the findings and disposition of the Court. The defendants' motion for summary judgment is GRANTED. Document #54. Leodis Randle's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal would be frivolous and not in good faith.

IT IS SO ORDERED this 10th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE